**Robin Lynn EVANS, Plaintiff–Appellant,**

v.

**ELMER'S PRODUCTS, INC.; Irene Lester; Iredell County Sheriff's Department; Tina Carpenter; Berwind Corporation; Phillip Redmond, Sheriff of Iredell County; Detective Sgt. Andy Poteat, Detective Capt.; Rhodney Lester; Venice Herring; Roger Posacki, CEO, Elmer's Products Corporate Headquarters, Defendants–Appellees,**

**and**

**Charles McKinney; Thomas Beatty; City of Statesville; Robert Evans; Bonnie Hagerman; Van Billet, CFO, Defendants.**

**No. 14–2017.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2015.

Decided: April 27, 2015.

Robin Lynn Evans, Appellant Pro Se.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robin Lynn Evans appeals the district court's order dismissing his civil complaint against Defendants and he has filed a motion for a stay pending appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Evans v. Elmer's Prods., Inc.,* No. 5:11–cv–00180–RLV, 2014 WL 4446671 (W.D.N.C. Sept. 10, 2014). We deny Evans' motion for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*